John E. LAUGHLIN, Appellant, v. Blanche NEFF, Appellee.

No. 8270.

United States Court of Appeals for the District of Columbia.

Argued Feb. 15, 1943.

Decided March 8, 1943.

Mr. James J. Laughlin, of Washington, D. C., submitted the case on the brief for appellant.

Mr. Matthias Mahorner, Jr., Assistant Corporation Counsel, of Washington, D. C., with whom Messrs. Richmond B. Keech, Corporation Counsel, and Vernon E. West, Principal Assistant Corporation Counsel, both of Washington, D. C., were on the brief, for appellee.

Before VINSON, MILLER, and EDGERTON, Associate Justices.

PER CURIAM.

The judgment of the District Court is affirmed. D.C.Code, 1940, § 15—201, 31 Stat. 1358; Freeman v. Dawson, 110 U.S. 264, 4 S.Ct. 94, 28 L.Ed. 141; Byrne v. Morrison, 25 App.D.C. 72; Sechrist v. Bryant, 52 App.D.C. 286, 286 F. 456; Fletcher v. Kellogg, 55 App.D.C. 97, 2 F.2d 315.

Lionel T. GODFREY, Appellant, v. UNITED STATES of America, Appellee.

No. 8382.

United States Court of Appeals for the District of Columbia.

Argued Feb. 16, 1943.

Decided March 8, 1943.

Mr. James J. Laughlin, of Washington, D. C., for appellant.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with whom Messrs. Edward M. Curran, United States Attorney, and Bernard Margolius, Assistant United States Attorney, both of Washington, D. C., were on the brief, for appellee.

Before GRONER, Chief Justice, and VINSON and EDGERTON, Associate Justices.

PER CURIAM.

The judgment of the District Court is affirmed on the authority of Smith v. United States, 53 App.D.C. 53, 288 F. 259, and Neufield v. United States, 73 App.D.C. 174, 118 F.2d 375.